IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| ALTON D. BROWN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Civil Action No. 16-1081 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Cynthia Reed Eddy |
| TOM WOLF, *et.al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On August 15, 2016, the Magistrate Judge issued a Report (Doc. 2) recommending that Alton Brown ("Plaintiff")'s Motion for Leave to Proceed in Forma Pauperis (Doc.1) be denied pursuant to the three strikes rule of 28 U.S.C. § 1915(g). Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

Petitioner's Motion for Leave to Proceed in Forma Pauperis (**Doc. 1**) is **DENIED**, and this action is dismissed without prejudice to Plaintiff's right to reopen it by paying the full $400.00 filing fee. The Report and Recommendation of the Magistrate Judge, dated August 15, 2016, hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

September 8, 2016                                     s\Cathy Bissoon_____
                                                      Cathy Bissoon
                                                      United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):

ALTON D. BROWN
DL-4686
S.C.I. Greene 169 Progress Drive
Waynesburg, PA 15370