ALTON D. BROWN                )
POLITICAL PRISONER,           )
                              )
    Plaintiff,          )  Civil Action No. 16-1081
                              )
  v.                          )  Judge Cathy Bissoon
                              )  Magistrate Judge Cynthia Reed Eddy
TOM WOLF,                     )
*et.al*.,                     )
                              )
    Defendants.         )

## MEMORANDUM ORDER

Magistrate Judge Eddy's Order dated July 2, 2018 (see Doc. 100) was neither clearly

erroneous nor contrary to law.  See generally Fed. R. Civ. P. 72(a) (reciting standards of review

governing magistrate judges' non-dispositive rulings).  Accordingly, Plaintiff's Appeal (Doc.

105) is DENIED, and Judge Eddy's ruling is AFFIRMED.


   IT IS SO ORDERED.

July 16, 2018         s/Cathy Bissoon
              Cathy Bissoon
              United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):

ALTON D. BROWN
DL-4686
SCI Fayette
48 Overlook Drive
LaBelle, PA 15450-1050
PRO SE