IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALTON D. BROWN, | ) |
| | ) |
|    Plaintiff, | ) |
|            v. | )   Civil No. 16-1081 |
| | ) |
| TOM WOLF, et. al, | ) |
| | ) |
|    Defendants. | ) |

## MEMORANDUM ORDER

Presently before the Court are two Motions filed by Alton Brown.

### I.

Alton Brown has filed a Motion for Court Order requesting that the Court direct that the costs of transcripts Mr. Brown seeks to have produced be limited to ten cents per page. ECF No. 487. The costs for production of transcripts are governed by statute, which provides that "[e]ach reporter may charge and collect fees for transcripts requested by the parties, including the United States, at rates prescribed by the court subject to the approval of the Judicial Conference." 28 U.S.C. § 753(f). Mr. Brown's Motion will be denied as section 753(f) does not provide him with an avenue, at this time, to obtain transcripts without payment of costs, or to obtain transcripts at a discounted rate of ten cents per page. Thus, his Motion will be denied.

### II.

Mr. Brown has also filed a Motion for Extension of Time to Comply with the Court's Order of 9/17/21.  ECF No. 484.  The Court's September 17, 2021 Order extended the time for Mr. Brown to file motions for reconsideration to November 1, 2021.  By Order dated October 27, 2021, the Court further extended the deadline to December 3, 2021.  Therefore, Mr. Brown's Moton for Extension of time will be dismissed as moot.

### III.

And Now, this 10th day of November 2021, it is ORDERED that Mr. Brown's Motion for Court Order (ECF No. 487), requesting that the Court direct that the costs of transcripts Mr. Brown seeks to have produced be limited to ten cents per page, is DENIED.

IT IS FURTHER ORDERED that Mr. Brown's Motion for Extension of Time to Comply with the Court's Order of 9/17/21 (ECF No. 484) is DISMISSED as Moot.

       _s/Marilyn J. Horan_
       Marilyn J. Horan
       United States District Court Judge

cc:    Alton D. Brown, pro se
       DL-4686
       SCI Fayette
       48 Overlook Drive
       LaBelle, PA 15450-1050
       (via U.S. First Class Mail)