# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALTON D. BROWN,             )
                         )
        **Plaintiff,**       )
                         )
     **vs.**              )       **Civil No. 16-cv-1081**
                         )
TOM WOLF, et. Al. ,        )
                         )
       **Defendants.**     )

Defendants.         )

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Richard A. Lanzillo for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges. On January 21, 2026, the Magistrate Judge issued a Report and Recommendation, recommending that Plaintiff Alton D. Brown's Motion for Preliminary Injunction be denied. ECF No. 757. Objections were originally due by February 9, 2026.Upon Motion by Mr. Brown, the deadline was extended to February 27, 2026. No objections have been filed.[1]

Upon de novo review of the Motion for Preliminary Injunction and the Report and Recommendation, the Court concludes that the Report and Recommendation will be adopted as the Opinion of the Court.   Given the nature of Mr. Brown's request for preliminary injunctive relief, it is  clear that no objection would overcome the analysis conducted by the Magistrate Judge in recommending denial of the Motion. For example, Mr. Brown's Motion for Preliminary Injunction is aimed at conduct unequivocally unrelated to the present claims of medical indifference and intentional infliction of emotional distress.

---

[1] On March 5, 2026, Mr. Brown filed a Motion for Extension of Time to file objections, however, the request for extension was directed towards a Report and Recommendation addressing Defendants' Motions for Summary Judgment. ECF No. 763. No such Report has yet been filed.

Accordingly, the following order is entered:

AND NOW, this 11th day of March 2026, it is hereby ORDERED that the Magistrate Judge's Report and Recommendation, ECF No. 757, dated January 21, 2026, is adopted as the Opinion of the Court.

IT IS FURTHER ORDERED that Plaintiff's Motion for Preliminary Injunction, ECF No. 728, is DENIED.

This matter is returned to the Magistrate Judge for further proceedings.

_s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Judge

Alton D. Brown, pro se
DL-4686
SCI Fayette
48 Overlook Drive
LaBelle, PA 15450-1050

2